Stuart L. Carroll (Cal Bar No. 163980)
stuart@carrollaw.com
**LAW OFFICES OF STUART L. CARROLL**
400 Continental Blvd., Suite 600
El Segundo, California 90245
Telephone: (310) 615-1935

Attorney for Plaintiff DARIN PAPPAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN PAPPAS p.k.a. ITHAKA DARIN PAPPAS, an individual,<br><br>Plaintiff,<br>vs.<br><br>HIGH SPEED PRODUCTIONS INC., a California corporation doing business as "THRASHER"; CESARIO MONTANO a.k.a. CESARIO "BLOCK" MONTANO, an individual; BLADES BOARD AND SKATE, LLC, a New York limited liability company; CCS DIRECT LLC, a Wisconsin limited liability company; DADDIES BOARD SHOP, LLC, a Delaware limited liability company; EMAGE NETWORK, INCORPORATED, a Colorado corporation; EMBASSY BOARDSHOP, LLC, an Ohio limited liability company; ENERGY SKATE SHOP, a business entity of unknown | **Case No.:** 2:19-cv-05735-RGK-KS<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE [ENTIRE ACTION]**<br>(F.R.C.P. Rule 41(a)(1)(A)(ii))<br><br>Complaint Filed: July 1, 2019<br><br>Honorable District Judge R. Gary Klausner<br>Honorable Magistrate Judge Karen L. Stevenson<br><br>(E-Filing) |

-1-

form; HARD TIMES SKATE SHOP, LLC, a Virginia limited liability company; LABOR SKATE SHOP, a business entity of unknown form; OLD SKULL SKATEBOARDS, LLC, a New York limited liability company; SOCIAL SKATEBOARDING, a business entity of unknown form; THE SKATEPARK OF TAMPA, INCORPORATED a Florida corporation;
and DOES 1 through 10, inclusive,

Defendants.

## **ORDER**

This Court having considered the parties' joint stipulation to the dismissal of the above-entitled action in its entirety, with prejudice, each party to bear its own costs, including possible attorneys' fees or other expenses of this litigation, it is hereby ORDERED that this matter is dismissed, with prejudice, in its entirety.

It is further ORDERED that any and all disputes concerning or arising out of the Confidential Settlement Agreement and Mutual Release between the parties shall be resolved in the United States District Court for the Central District of California, and this Court shall retain jurisdiction over any matter relating to the Confidential Settlement Agreement and Mutual Release.

IT IS SO ORDERED.

Dated: February 26, 2020

R. GARY KLAUSNER
United States District Judge

-2-